IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY FREDERICK BUGNO,  )  <br>              Plaintiff   )  <br>                           )  <br>   vs.                      )  <br>                           )  <br> OFFICER CHRISTOPHER BROWN;  )  <br> OFFICER SHAWN KIRLEY; AVALON )  <br> BOROUGH; AVALON POLICE       )  <br> DEPARTMENT,                  )  <br>              Defendants.    )  | Civil Action No. 12-345  <br> Judge Terrence F. McVerry  <br> Magistrate Judge Maureen P. Kelly |

## **O R D E R**

AND NOW, this 14th day of September, 2012, after the Plaintiff, Anthony Frederick Bugno, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until September 4, 2012, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Complaint [ECF No. 3], is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                       s/ Terrence F. McVerry  
                                                       United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Anthony Frederick Bugno
134 Santron Avenue
Pittsburgh, PA 15210